```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

MEKEAL CUSIE                                              PLAINTIFF

VERSUS                           CIVIL ACTION NO. 5:05cv117-DCB-JCS

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
AND ALLSTATE CORPORATION                                 DEFENDANTS

### ORDER OF REMAND

This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 3**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Claiborne County, Mississippi.

SO ORDERED, this the 19th day of December, 2005.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE